UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2371-DMG (AGR) | Date | June 24, 2016 |
|---|---|---|---|
| Title | Douglas A. Hirano v. Lt. Williams, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendants |
| None | | None |

**Proceedings:**   In Chambers:   PLAINTIFF'S JUNE 23, 2016 LETTER; ORDER TO SHOW CAUSE

The Court has received a brief letter from the prisoner-plaintiff in this civil rights action. (Dkt. No. 110.) He observes that he has "not received an answer to the complaint from Defendant Lt. Williams." He asks "whether the Marshals served the complaint and summons upon Defendant Lt. Williams because I have not received a Process Receipt And Return, and whether the Court has received an answer to the complaint from Defendant Lt. Williams."

The Court responds as follows. The docket reflects that Williams signed a form CV-108 Waiver Of Service Of Summons and hand-wrote the date as May 8, 2015. (Dkt. No. 57.) A form USM-285 Process Receipt And Return was filed for Williams on June 8, 2015. The docket further reflects that Williams has not filed an Answer. (Dkt. No. 53.)

The Clerk shall mail to Plaintiff a copy of the Court's current docket and copies of documents 53 and 57.

To the extent Plaintiff's letter seeks anything further, it is denied without prejudice.

The Court ORDERS Plaintiff TO SHOW CAUSE in writing, by July 18, 2016, why Williams should not be dismissed from the action without prejudice for Plaintiff's failure to prosecute the action against Williams. The Court will discharge this show-cause order if Plaintiff timely files, on or before July 18, 2016, a Request To Enter Default as to Williams. *See* Fed. R. Civ. P. 55(a).

|  | Initials of Preparer | mp |
|---|---|---|